UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 14-699 (JBS) |
| v. | |
| TOYE TUTIS,<br>    a/k/a "Ahmad,"<br>    a/k/a "Mahd,"<br>    a/k/a "Santana,"<br>KAREEM TAYLOR,<br>    a/k/a "K-Love,"<br>    a/k/a "Love,"<br>IVAN CUELLAR NARANJO,<br>    a/k/a "Fatboy,"<br>    a/k/a "Cirilo Ruiz,"<br>FRANCISCO ALBERTO<br>RASCON-MURACAMI,<br>    a/k/a "Francisco Alberto<br>    Rascon-Murakami,"<br>PHILLIP HORTON,<br>    a/k/a "Phil,"<br>    a/k/a "Doc,"<br>TOZINE TILLER,<br>    a/k/a "To,"<br>TALIB TILLER,<br>KABAKA ATIBA,<br>RONALD DOUGLAS BYRD,<br>    a/k/a "Doug Byrd,"<br>JOHN WELLMAN,<br>    a/k/a "Yah-Yah,"<br>    a/k/a "Yah," and<br>JAZMIN VEGA | |

## **UNSEALING ORDER**

This matter having come before the Court on the application of the United States of America (Diana Vondra Carrig, Assistant U.S. Attorney, appearing) for the unsealing of the Indictment filed in the above-captioned matter, and for good cause shown,

It is this 11th day of December, 2014,

1

ORDERED that the Indictment in the above-captioned matter is hereby unsealed.

_____
HONORABLE ANN MARIE DONIO
United States Magistrate Judge

2