# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

December 11, 2014

MAGISTRATE JUDGE ANN MARIE DONIO

**CAMDEN**

**Court Reporter:** Electronic Court Recorder

**Title of Case:**                               Case No. 14cr699-01(JBS)
UNITED STATES OF AMERICA
        V.
TOYE TUTIS

**DEFENDANT PRESENT**

**Appearances:** Diana Carrig, AUSA for Government
Lori Koch, AFPD for defendant
Edna Galarza, U.S. Pretrial Services

**Nature of Proceedings:** Initial Appearance on Indictment
Defendant advised of rights, charges and penalties
Ordered Lori Koch, AFPD appointed for defendant for today's proceedings only
Order to be entered.
Defendant waives formal reading of the indictment
Ordered arraignment set for December 15, 2014 at 11:00 am
Hearing on application by Government for detention
Government requests a 3 day continuance of the detention hearing
Ordered detention hearing set for December 15, 2014 at 11:00 am
Order Scheduling a Detention Hearing to be entered.
Ordered defendant remanded to the custody of the U.S. Marshal.

                                        s/Susan Bush
                                        Deputy Clerk

Time Commenced: 4:12 pm
Time Adjourned: 4:21 pm

Total Time in Court: 9 mins.