UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| TOYE TUTIS | : | CRIM. NO. 14cr699-01(JBS) |
| Defendant | : | |

It is on this 11th day of December, 2014

ORDERED that Richard Coughlin, Federal Public Defender (Lori Koch, AFPD) for the District of New Jersey is hereby appointed to represent said defendant in this matter for today's proceedings only.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender