IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

    v.

TOYE TUTIS, et al.,

          Defendant(s)

HONORABLE JEROME B. SIMANDLE

   Criminal No. 14-699 (JBS)

**ORDER**

---

    This matter is before the Court upon the letter request of J. Michael Farrell, Esquire [Docket Item 375] dated October 14, 2016, requesting to adjourn the Franks hearing presently scheduled for October 17, 2016 at 11:00 A.M.; and

    The Court finds that the letter fails to present good cause to adjourn the hearing; accordingly

    IT IS, this __**14th**__ day of __**October**__ , **2016** hereby **ORDERED** that the request for adjournment is **DENIED**.


                **s/ Jerome B. Simandle**
                JEROME B. SIMANDLE
                Chief U.S. District Judge