IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | HON. JEROME B. SIMANDLE |
|---|---|
| v. | Criminal No. 14-699-1 (JBS) |
| TOYE TUTIS, | **ORDER** |
| Defendant. | |

This matter having come before the Court upon motion [Docket Item 443] of Defendant Toye Tutis for leave to withdraw his plea of guilty pursuant to Rule 11(d)(2)(B), Fed. R. Crim. P.; and

The Court having considered the record in this case including testimony, exhibits, and oral arguments of counsel at an evidentiary hearing; and

For reasons expressed in the Opinion of today's date which constitutes the Court's findings of fact and conclusion of law;

IT IS this **13th** day of **November**, **2018**, hereby

**ORDERED** that the motion of Defendant Toye Tutis to withdraw his plea of guilty [Docket Item 443] shall be, and it hereby is, **DENIED.**

<u>s/ Jerome B. Simandle</u><br>
JEROME B. SIMANDLE<br>
U.S. District Judge