UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                            Proceeding Date: May 1, 2019

JUDGE JEROME B. SIMANDLE

Court Reporter: Karen Friedlander

Title of Case:                                            Docket: Cr. 14-699-01(JBS)
UNITED STATES
    Vs
TOYE TUTIS
   (Deft. Present)

Appearances:
Diana Carrig, AUSA for govt.
Peter Gaeta, AUSA for govt.
Stanley & Sharon King, Esqs. for deft.

Nature of Proceedings:     SENTENCING ON COUNTS 1 & 13 OF SECOND SUPERSEDING
                                INDICTMENT
Hearing as to acceptance of responsibility; Ordered deft. affirmed; Deft. affirmed
Court grants acceptance of responsibility
IMPRISONMENT: 264 months on Count 1 and 100 months on Count 13 all terms to run concurrently for a total term of 264 months.
SUPERVISED RELEASE: 5 years on Count 1 and 3 years on Count 13 all terms to run concurrently for a total term of 5 years with special conditions.
FINE: Waived
SPECIAL ASSESSMENT: $200.00
Forfeiture issue remains open; govt. to file motion on or before June 1, 2019.
Hearing on application of govt. to dismiss counts 7-9 & 21-27 of the second superseding indictment; Ordered application granted; Ordered counts 7-9, & 21-27 dismissed.
Deft. advised of right to appeal.

Time Commenced: 10:30 am   Time Adjourned: 5:00 pm  Total Time: 5 Hours 30 Minutes

                                              s/ Marnie Maccariella
                                              DEPUTY CLERK