UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          Plaintiff

-vs-                              No: 14-699

Toye Tutis                        Defendant

## MOTION TO GRANT DEFENDANT'S UNOPPOSED MOTION FOR COMPASSIONATE RELEASE

The court is requested to grant Toye Tutis's motion for a sentence reduction under the Compassionate Release provision of the First Step Act (18 USC § 3582(c)(1)(A)), because it is unopposed by the Government. The United States has conceded Toye Tutis's **eligibility** and **qualification**, thereto, by not filing its opposition as ordered by the Court, which was due on, or before, August 17, 2020.

-1-

In addition, the Court is requested to take into consideration the fact that Toye Tutis suffers from the collateral consequences of Tuberculosis, which increases his vulnerability to death from Coronavirus. It is reported that several staff members at FCI-Gilmer have recently tested positive for the Coronavirus disease.

WHEREFORE, the Court is requested to grant Toye Tutis a sentence reduction and immediate release from prison.

Date: 9-2-2020

Respectfully submitted,

*[signature]*

Toye Tutis #67059-050
FCI-Gilmer
P.O. Box 6000
Glenville, WVa 26351

Toye Tutis # 61057-050
Federal Correctional Institution - Gilmer
P.O. Box 6000
Glenville, WVa 26351

RECEIVED
SEP - 8 2020
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

7019 0700 0000 5733 6312

ATTN: Court Clerk (RMB)
United States District Court
District Of New Jersey
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101