UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 19-2106 and 19-2380
_____

UNITED STATES OF AMERICA, Appellant in 19-2380

v.

TOYE TUTIS, a/k/a "AHMAD",
a/k/a "MAHD", a/k/a "SANTANA", Appellant in 19-2106
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1-14-cr-00699-001)
District Judge: Honorable Jerome B. Simandle
_____

Argued on December 9, 2020

Before: MCKEE, PORTER and FISHER, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court for the District of New Jersey and was argued by counsel on December 9, 2020. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered May 6, 2019, be and the same is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court.

Costs shall not be taxed.

                                                                ATTEST:

                                                                <u>s/ Patricia S. Dodszuweit</u>

Dated:  11 February 2021                    Clerk