UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-1932
_____

UNITED STATES OF AMERICA

v.

TOYE TUTIS, a/k/a "AHMAD", a/k/a "MAHD", a/k/a "SANTANA",
Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Crim. Action No. 1:14-cr-00699-001)
District Judge:  Honorable Renée Marie Bumb

_____

Submitted for Possible Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
August 5, 2021

Before: RESTREPO, MATEY and SCIRICA, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District

Court for the District of New Jersey and was submitted for possible summary action

pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on August 5, 2021.  On consideration

whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered April 27, 2021, be and the same hereby is affirmed.  All the above in accordance with the opinion of this Court.


ATTEST:


s/ Patricia S. Dodszuweit
Clerk


DATED: 9 August 2021