UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1796
_____

UNITED STATES OF AMERICA

v.

TOYE TUTIS, a/k/a "AHMAD", a/k/a "MAHD", a/k/a "SANTANA",
Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1:14-cr-00699-001)
District Judge: Honorable Renee M. Bumb

_____

Submitted on Appellee's Motion for Summary Action
Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
on July 6, 2023

Before: HARDIMAN, RESTREPO, and BIBAS, Circuit Judges
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 27.4 and I.O.P. 10.6 on July 6, 2023.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered April 12, 2023, be and the same hereby is **AFFIRMED**. No costs will be taxed. All of the above in accordance with the opinion of this Court.

ATTEST:

Dated: August 4, 2023

s/Patricia S. Dodszuweit
Clerk

**Certified as a true copy and issued in lieu of a formal mandate on** August 28, 2023

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**